Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A'LOR INTERNATIONAL, LTD., a California Limited Company, individually and doing business as "CHARRIOL USA,"<br><br>Plaintiff,<br><br>v.<br><br>HYDE PARK JEWELERS, INC., a Colorado Corporation; LONDON JEWELERS, INC., a New York Business Corporation; CELLINI JEWELERS, a New York Company, and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: CV12-09270 RGK (FFMx)<br><u>*Honorable R. Gary Klausner Presiding*</u><br><br>**PLAINTIFF'S NOTICE OF DOE AMENDMENT NAMING KOHL'S CORPORATION AS DOE 2**<br><br>*[[Proposed] Order Submitted Concurrently Herewith]* |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

- 1 -

1 PLEASE TAKE NOTICE THAT Plaintiff A'LOR INTERNATIONAL, LTD. ("Plaintiff") hereby submits this Notice of DOE Amendment. On filing the Complaint, Plaintiff was ignorant of the true names of certain defendants and designated such defendants in the complaint by fictitious names DOE 1 through DOE 10. Plaintiff, having discovered the true name of one of said Defendants to be KOHL'S CORPORATION, a Wisconsin corporation. Plaintiff hereby amends the Complaint by inserting the true name KOHL'S CORPORATION in the place of the fictitious name DOE 2 wherever it appears in the Complaint.

Respectfully submitted,

DONIGER / BURROUGHS APC

Dated: January 10, 2013   By:   /s/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Attorney for Plaintiff

- 2 -

PLAINTIFF'S NOTICE OF DOE AMENDMENT NAMING KOHL'S CORPORATION AS DOE 2