Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A'LOR INTERNATIONAL, LTD., a California Limited Company, individually and doing business as "CHARRIOL USA," <br><br> Plaintiff, <br><br> v. <br><br> HYDE PARK JEWELERS, INC., a Colorado Corporation; LONDON JEWELERS, INC., a New York Business Corporation; CELLINI JEWELERS, a New York Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV12-09270 RGK (FFMx) <br> *Honorable R. Gary Klausner Presiding* <br><br> **NOTICE OF DISMISSAL** |

- 1 -

PLAINTIFF'S NOTICE OF DISMISSAL

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE THAT Plaintiff A'LOR INTERNATIONAL, LTD.
4  ("Plaintiff") hereby dismisses without prejudice from the complaint the following
5  parties:
6     1.   CELLINI JEWELERS
7     2.   CELLINI, LLC
8  This dismissal is pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), as these parties have
9  not yet filed responsive pleadings.

Respectfully submitted,

DONIGER / BURROUGHS

Dated: April 8, 2013        By:   /s/ Scott A. Burroughs
                                    Scott A. Burroughs, Esq.
                                    Attorney for Plaintiff

- 2 -