1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A'LOR INTERNATIONAL, LTD., a California Limited Company, individually and doing business as "CHARRIOL USA",<br><br>Plaintiff,<br><br>v.<br><br>HYDE PARK JEWELERS, INC., a Colorado Corporation; LONDON JEWELERS, INC., a New York Business Corporation; CELLINI JEWELERS, a New York Company, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE No. CV12-09270 RGK (FFMx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING DEFENDANT HYDE PARK JEWELERS, INC. WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Assigned to the Hon. R. Gary Klausner |

1635.002\9988

[PROPOSED] ORDER DISMISSING DEFENDANT HYDE PARK JEWELERS, INC. WITHOUT PREJUDICE

1 | THE COURT, having read and considered the Parties' Stipulation Re Dismissal
2 | of Defendant Hyde Park Jewelers, Inc. and good cause appearing therefor,
3 |
4 | ORDERS AS FOLLOWS:
5 | This action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is hereby
6 | dismissed without prejudice as to Defendant Hyde Park Jewelers, Inc.; each party to
7 | bear its own costs and attorneys' fees.

Dated: May 15, 2013

_____
Hon. R. Gary Klausner
United States District Judge

Respectfully submitted:

    /s/Amy E. Burke
_____
Amy E. Burke
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendants Hyde Park Jewelers, Inc.